IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00098-MSK-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MEGAN HESS,
2.    SHIRLEY KOCH,

        Defendants.

## GOVERNMENT'S NOTICE REGARDING NO CONTACT

Pursuant to this Court's April 7, 2020, order, ECF # 65, the United States, by and through the undersigned Assistant United States Attorney, provides this notice regarding J.C.'s position as to the no contact order present in the defendant's conditions of release.

The government conferred with J.C. today.  J.C. stated that she is neither seeking contact nor opposed to it.  J.C. explained that she does not oppose the present order.  The government continues to oppose an exception for J.C. to the no contact order present in the defendants' conditions of release.

WHEREFORE, the United States asks this Honorable Court to maintain the conditions of the defendants' release.

Respectfully submitted this 15th day of April, 2020.

                JASON R. DUNN
                United States Attorney

BY:   *s/ Jeremy Chaffin*
        Jeremy Chaffin
        Assistant U.S. Attorney
        United States Attorney's Office
        District of Colorado
        205 N. 4th Street, Suite 400
        Grand Junction, CO 81501
        Phone: (970)-257-7113
        Fax:  (970) 248-3630
        E-mail: Jeremy.chaffin@usdoj.gov

        ATTORNEY FOR THE GOVERNMENT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April, 2020, I electronically filed the foregoing **GOVERNMENT'S NOTICE REGARDING NO CONTACT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                      *s/ Cosandra Foster*
                                      COSANDRA FOSTER
                                      Paralegal Specialists
                                      U.S. Attorney's Office
                                      205 N. 4th Street, Suite 400
                                      Grand Junction, CO 81501
                                      Telephone: (970) 241-3843
                                      E-mail: Cosandra.foster@usdoj.gov