UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  1:20-cr-0098-CMA-GPG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MEGAN HESS,**

    Defendant.

---

### AMENDED NOTICE OF APPEAL

---

Notice is hereby given that Megan Hess, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Amended Judgment and Order as to Restitution announced on the 6th day of March, 2023 and entered in this action on March 7th, 2023 at Doc. 321 and Amended on March 15, 2023 at Doc. 332.

DATED at Grand Junction, Colorado this 16th day of March 2023.

          *s/ Daniel R. Shaffer*
          Daniel R. Shaffer, L.L.C.
          Daniel R. Shaffer
          Bar Registration Number 35661
          405 Ridges Blvd., Ste B
          Grand Junction, CO 81507
          (970) 243-2552

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of March 2023, I electronically filed the foregoing DEFENDANT MEGAN HESS'S AMENDED NOTICE OF APPEAL with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Tim R. Neff, Assistant U.S. Attorney
Tim.neff@usdoj.gov

Rebecca Weber, Assistant U.S. Attorney
Rebecca.Weber@usdoj.gov

Ashley Petrey
ashley@aplawltd.com

 

*s/Dan Shaffer*
Daniel R. Shaffer