**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: USA v. Hess                   District Court Number: 20-cr-00098-CMA-GPG
District: Colorado                          Circuit Court Number: 23-1069
Name of Attorney/Pro Se Party: Jacob Rasch-Chabot    Email Address: Jacob_Rasch-Chabot@fd.org
Name of Law Firm/Office: Federal Public Defender    Telephone: 303-294-7002
Address: 633 17th Street, Suite 1000, Denver, CO 80202
Attorney for: Megan Hess
Name of Court Reporter: Sarah Mitchell
Name of Court Reporter (if ordering from more than one): 

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
   [] A transcript is not necessary for this appeal;
   [] The necessary transcript is already on file in District Court; or
   [] The necessary transcript was ordered previously in appeal number

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
(Specify the date and proceeding in the space below)

Voir dire:                              Opening Statements:
Trial proceedings:                      Closing Arguments:
Jury Instructions:                      Other Proceedings:
Post-Trial Hearings:                    Other Proceedings: Restitution Hearing, held on 3/6/23, ECF No. 321

(Attach additional pages if necessary)

[] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

[ X ] **This case is proceeding under the Criminal Justice Act.**
   **IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: /s/ Jacob Rasch-Chabot            Date: 4/17/2023

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed:
Estimated completion date:
Estimated number of pages:
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter:                              Date:

**A-8** Transcript Order Form 3/2017