UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  1:20-cr-0098-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEGAN HESS,

    Defendant.

---

### DEFENDANT HESS'S RESPONSE TO GOVERNMENT'S MOTION TO DISCLOSE DOCUMENTS

---

Counsel, Daniel Shaffer on behalf of Megan Hess and hereby moves this Court to deny the Government's Motion (Doc. 350) and as grounds states:

1. The Government filed a "motion to disclose documents to civil litigants on July 18, 2023. In its motion the Government correctly states the Defendant's position on this request as an "objection". That continues to be the Defendant's position.

2. In its motion the Government correctly notes that a protection order exists and has existed in this case at Doc. 83.  Such an order precludes release of the requested materials as it should.

3. It is perhaps worth noting that the Government cites no authority in its request (Doc. 350) to modify the existing protection order.

4. Ms. Hess concurs with Ms. Koch in her position (Doc. 352) that much if not all of the materials requested in the Government's request for disclosure involves evidence that is the property of the defendant(s). Release of this material would constitute an unconstitutional taking.

5. The Government has not articulated how the same material is not the property of the Defendant or contraband of any sort.

6. Further, the Government fails to set forth how this Court has jurisdiction over its request. Given, that an appeal remains pending in the matter re both Defendants, and much if not all the materials referenced by the Government are relevant for purposes of appeal, it would seem that this Court is divested of jurisdiction on the question of disclosure.

7. While the Defendant agrees that this Court has jurisdiction over collateral matters even while an appeal is pending, the Government fails to set forth how the requested materials are subject to the collateral matters exception. Setting forth why the requested materials are irrelevant to the pending appeal would be the appropriate procedure to support the request for disclosure.

WHEREFORE, Ms. Hess respectfully requests that the Court deny the Government's Motion to Disclose Documents to Civil Litigants (Doc. 350).

DATED at Grand Junction, Colorado this 9th day of August 2023.

*s/ Daniel R. Shaffer*
Daniel R. Shaffer, L.L.C.
Daniel R. Shaffer
Bar Registration Number 35661
405 Ridges Blvd., Ste B
Grand Junction, CO 81507
(970) 243-2552

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of August, 2023, I electronically filed the foregoing DEFENDANT MEGAN HESS' RESPONSE TO GOVERNMENT'S MOTION TO DISCLOSE DOCUMENTS (Doc. 350) with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of interest.

*s/Dan Shaffer*
Daniel R. Shaffer