UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2.    SHIRLEY KOCH,**

       Defendant.

_____

## NOTICE OF APPEAL
_____

Notice is hereby given that Shirley Koch, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Modifying Protective Order dated August 11, 2023, and entered on August 14, 2023 at Doc. 354.

| | |
|---|---|
| August 18, 2023 | MARTHA H. ESKESEN, P.C. |
| | |
| | s/ Martha H. Eskesen |
| | Martha H. Eskesen |
| | 7887 East Belleview Ave., Suite 1100 |
| | Denver, CO 80111 |
| | Telephone: (303) 228-1668 |
| | Facsimile: (303) 573-4921 |
| | Email: meskesen@eskesenlaw.com |
| | *Attorney for Defendant Shirley Koch* |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 18, 2023, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Tim R. Neff, Assistant U.S. Attorney
Tim.neff@usdoj.gov

Rebecca Weber, Assistant U.S. Attorney
Rebecca.Weber@usdoj.gov

Thomas E. Goodreid, Esq.
t.goodreid@comcast.net

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shirley Koch         (via U.S. Mail)

                                      MARTHA H. ESKESEN, P.C.

                                      s/ Martha H. Eskesen
                                      Martha H. Eskesen
                                      7887 East Belleview Ave., Suite 1100
                                      Denver, CO 80111
                                      Telephone: (303) 228-1668
                                      Facsimile: (303) 573-4921
                                      Email: meskesen@eskesenlaw.com