**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**August 24, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SHIRLEY KOCH,

    Defendant - Appellant.

No. 23-1259
(D.C. No. 1:20-CR-00098-CMA-GPG-2)
(D. Colo.)

_____

**ORDER**

_____

Before **HOLMES**, Chief Judge.

_____

This matter is before the court on the *Motion to Withdraw and for Appointment of Appellate Counsel* filed by attorney Martha Horowitz Eskesen, who is appointed co-counsel for Appellant Shirley Koch. The court notes that the district court also appointed Thomas E. Goodreid to serve as co-counsel for Ms. Koch. By the motion, Ms. Eskesen seeks leave to withdraw as counsel for Ms. Koch, indicates that Mr. Goodreid will not seek to continue his appointment, and requests that the court appoint new counsel for purposes of this appeal.

The district court has made the requisite finding of eligibility for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Upon consideration and as set forth below, the court: (1) grants the motion to withdraw; and (2) appoints CJA Panel member Kemberly Penix as new counsel to represent Ms. Koch in this appeal.

First, pursuant to 18 U.S.C. § 3006A, Martha Horowitz Eskesen is appointed *nunc pro tunc* to the date the notice of appeal was filed in this matter, and that appointment ends with the entry of this order appointing new counsel. Ms. Eskesen and Mr. Goodreid shall have no continuing obligations in this appeal except to: (a) within ten days from the date of this order, forward to Ms. Penix[1] any materials in their possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF; and (b) promptly transmit a copy of this order to Ms. Koch.

Second, the court appoints Ms. Penix as new counsel to represent Ms. Koch in this appeal. *See* 18 U.S.C. § 3006A. Within ten days from the date of this order, Ms. Penix shall enter an appearance in this appeal on behalf of Ms. Koch.

Ms. Eskesen filed a designation of record and a notice that no transcript is necessary for this appeal. Within 20 days from the date of this order, Ms. Penix shall file any necessary transcript order form, *see* 10th Cir. R. 10.2; and/or supplemental designation of record, *see* 10th Cir. R. 10.3.

Ms. Koch's opening brief shall be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31; 10th Cir. R. 11.2(A). The Clerk of the U.S. District Court for the District of Colorado shall wait at least 20 days before transmitting the record on appeal to this court.

---

[1] Kimberly Penix, Alderman Law Office, P.O. Box 847, Fort Collins, CO 80522; 720-588-3529; klpenix@aldermanlawfirm.com

The court directs its Clerk to transmit a copy of this order to the Clerk of the U.S.

District Court for the District of Colorado.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                 Jane K. Castro
Clerk of Court                                                                     Chief Deputy Clerk

August 24, 2023

Ms. Kimberly Penix
Alderman Law Office
P.O. Box 847
Fort Collins, CO 80522

> **RE:**   **23-1259, United States v. Koch**
>           Dist/Ag docket: 1:20-CR-00098-CMA-GPG-2

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered

in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:       Martha Horwitz Eskesen
          Elizabeth Ford Milani


CMW/klp